David S. Eisen, Esq. (State Bar No. 100623)
david.eisen@wilsonelser.com
Adam Le Berthon (State Bar No. 145226)
adam.leberthon@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California  90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant,
GINGER GALVEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| XPO LOGISTICS FREIGHT, INC. (formerly Con-Way Freight, Inc.), a Delaware corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>GINGER GALVEZ, an individual,<br><br>                          Defendant. | CASE NO. 2:16-cv-05915 MWF (AFMx)<br><br>[Assigned to Hon. Michael W. Fitzgerald]<br><br>**INITIAL DISCLOSURES OF DEFENDANT GINGER GALVEZ**<br><br>Date Action Filed:  August 8, 2016 |

1

INITIAL DISCLOSURES OF DEFENDANT GINGER GALVEZ

2619991v.1

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Ginger Galvez ("Defendant") hereby provides her initial disclosures. Investigation and discovery are continuing. This disclosure is based on information currently known and available to Defendant. Defendant hereby reserves the right to amend and/or supplement this disclosure based on the discovery of new or different information.

1. **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The contact information, if known, of each individual likely to have discoverable information that Defendant may use to support her defenses, and the subject of that information, is as follows:

a. Ginger Galvez. Ms. Galvez may be reached through Defendant's counsel. She has knowledge of her purported breaches of contract as alleged by Plaintiff XPO Logistics Freight, Inc. ("Plaintiff"), her purported removal of confidential and/or trade secret information and materials as alleged by Plaintiff, and the facts surrounding her resignation from Plaintiff and hiring by R+L Carriers.

b. Representatives and records custodians of Plaintiff XPO Logistics Freight, Inc. and affiliated companies. They may be reached through counsel for Plaintiff. These persons are believed to have knowledge of Plaintiff's customs and accepted business practices for handling customer information and the facts surrounding Defendant's resignation.

c. All persons identified by the parties in pleadings, discovery responses and/or identified in depositions.

d. All persons deposed, noticed for deposition, or to be noticed for deposition and deposed.

e. All expert witnesses for Defendant, to be identified at a later time.

  f. All persons, experts and other witnesses listed on Plaintiff's witness list.

  g. All persons identified in the action entitled *XPO CNW, Inc. and XPO Logistics Freight, Inc. v. R+L Carriers, Inc.*, Eastern District of Michigan Case No. 2:16-cv-10391-RHC-SDD.

**2. DOCUMENTS**

  Defendant identifies the following categories of documents, most of which are currently in the possession, custody or control of Plaintiff or Defendant, which may be used by Defendant in support of her defenses in this action.

  a. All electronic documents produced by Defendant to Plaintiff in accordance with the Preliminary Injunction entered in this action.

  b. All documents produced by Defendant in discovery.

  c. All documents produced by Plaintiff in discovery.

  d. All documents relating to any agreements between Con-Way and Defendant.

**3. DAMAGE CALCULATIONS**

  Defendant is informed that Plaintiff is seeking damages related to the alleged theft of its confidential and/or trade secret information and alleged breaches of contract. Defendant denies that she has misappropriated any confidential or trade secret information or that she has breached any contract with Plaintiff. To date, Plaintiff has not provided any information to Defendant regarding its alleged damages, and Defendant denies that it has suffered any damages. Investigation and discovery are continuing.

**4. INSURANCE**

  Not applicable.

INITIAL DISCLOSURES OF DEFENDANT GINGER GALVEZ

2619991v.1

## 5. **RESERVATION OF RIGHTS**

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendant reserves the right to amend and/or supplement these disclosers in the course of discovery, which is ongoing and incomplete. Defendant further reserves the right to provide additional disclosures as necessary to rebut the disclosures made by Plaintiff.

Dated: November 4, 2016

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ____S/ Adam Le Berthon____
Adam Le Berthon
Attorneys for Defendant,
GINGER GALVEZ