UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 16-5915-MWF(AFMx)** | Dated: **October 30, 2017** |
| Title: XPO Logistics Freight, Inc. -*v*- Ginger Galvez | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed October 27, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 4, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**