JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| XPO LOGISTICS FREIGHT, INC. (formerly Con-Way Freight, Inc.), a Delaware corporation, | CASE NO. 2:16-cv-05915 MWF (AFMx) |
| Plaintiff, | [ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | Date Action Filed: August 8, 2016 |
| GINGER GALVEZ, an individual, | |
| Defendant. | |

ORDER RE: STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice," and their related written settlement agreement, with good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action (including all of Plaintiff's Complaint and all of Defendant's Counterclaims) be and hereby is dismissed in its entirety, with prejudice. This dismissal is not intended to have any preclusive effect on the claims asserted by XPO in the separate action entitled *XPO CNW, Inc., et al. v. R&L Carriers, Inc., et al.*, United States District Court for the Eastern District of Michigan, Southern Division, Case No. 2:16-cv-10391-RHC-SDD. Each party shall bear his or its own costs and attorneys' fees. This Court will retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED

Dated: December 4, 2017_____

_____
Hon. Michael W. Fitzgerald

2
ORDER RE: STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE